JOSEPH MARRIAN, Appellant, *v.* MAUD D. ANTHONY, as Executrix of CHARLES B. BOWERS, Deceased, et al., Respondents.

*Marrian* v *Bowers,* 57 App. Div. 621, affirmed.
(Argued May 21, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 15, 1900, affirming a judgment in favor of defendants entered upon the report of a referee.

*James A. Ward* for appellant.

*F. B. Pitcher, G. S. & H. L. Hooker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JAMES REYNOLDS, Respondent, *v.* MAYOR, LANE & COMPANY, Appellant.

*Reynolds* v. *Mayor, Lane & Co.,* 57 App. Div. 622, affirmed.
(Argued May 21, 1902; decided June 10, 1902.)

APPEAL from a judgment entered in favor of plaintiff February 1, 1901, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an order of a Trial Term denying a motion for a new trial after a verdict in favor of plaintiff.

*James M. E. O'Grady* for appellant.

*P. M. French* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.